UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT FRANKFORT

CIVIL ACTION NO. 2016-05 (WOB-CJS)

JOYCE LOUISE RODGERS                                              PLAINTIFF

VS.                              **ORDER**

CAROLYN W. COLVIN, ACTING
COMMISSIONER OF SOCIAL SECURITY                                   DEFENDANT

This matter is before the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. 21), and no objections having been filed and the Court being advised,

**IT IS ORDERED** that the Report and Recommendation (Doc. 21) is hereby **adopted** as the findings of fact and conclusions of law of this Court; that the decision of the Commissioner is hereby **affirmed;** that plaintiff's motion for summary judgment (Doc. 19) is **denied;** and that defendant's motion for summary judgment (Doc. 20) is **granted.**  A separate Judgment shall enter concurrently herewith.

This 24th day of March, 2017.



Signed By:
*William O. Bertelsman* WOB
United States District Judge